RESPONSE to motion of Relief

FILED
U.S. Bankruptcy Court
Western District of NC

JUL -6 2026

Christine F. Ramsey, Clerk
Charlotte Division

**Date:** July 5, 2026

**To:** AmeriCredit Financial Services, Inc. dba GM Financial

**Care Of:** Eudora F. S. Arthur, Esq. (Womble Bond Dickinson LLP)

**Bankruptcy Case Number:** 26-30758 (Western District of North Carolina)

**RE: Disputed Valuation, Deficiency Notice, and Debtor's Loss Mitigation Proposal**

Dear GM Financial Management and Counsel,

I am writing in response to your Motion for Relief from Automatic Stay regarding my 2021 Jeep Grand Cherokee **(VIN:1C4RJFCG2MC599973)**. While I maintain my absolute intention to retain possession of this vehicle due to extreme medical necessity, specifically for ongoing VA healthcare and oncology appointments, I am formally disputing the generic vehicle valuation submitted in Exhibit D of your motion.

Your affidavit relies on an inflated national clean retail valuation of $28,700.00. However, a current, real-market appraisal from Hendrick, the leading local automotive dealer network here in Charlotte, places the actual value of this specific vehicle at $16,000.00 (see attached appraisal document). Consequently, your loan balance of $28,587.41 is severely under-secured, leaving the vehicle over $12,500.00 underwater.

Because the vehicle possesses substantial negative equity, a forced repossession and auction liquidation will result in a severe financial loss for GM Financial, while simultaneously destroying my baseline access to lifesaving medical treatment.

Given this reality, I am prepared to exercise my full statutory rights under the Bankruptcy Code to retain the vehicle, including:

1. **Redemption under 11 U.S.C. § 722:** Forcing a lump-sum payout to GM Financial strictly limited to the actual $16,000.00 fair market value.
2. **Chapter 13 Cramdown:** Converting this case to a Chapter 13 plan to legally split your claim, forcing a restructure where I only repay the $16,000.00 secured value over a multi-year court payment plan.

Before I file a formal Objection to your Motion for Relief from Stay and submit the Hendrick appraisal directly to the Bankruptcy Judge for a valuation hearing, I invite GM Financial to negotiate a modified Reaffirmation Agreement or loss mitigation plan that reflects the real market value of the asset.

Sincerely,

**Lakeva Celanda Keel-Ferreira**

P.O. Box 480672

Charlotte, NC 28269

**Date:** July 5, 2026