To: *CubE Smaet Storage*

**Facility Address:** *2601 Ridge Road ChaRlotte, NC 28269*

**Storage Unit/Account Number:** *1203*

FILED
U.S. Bankruptcy Court
Western District of NC

JUL -6 2026

Christine F. Ramsey, Clerk
Charlotte Division

**RE: Notice of Chapter 7 Bankruptcy Filing, Automatic Stay, and Post-Discharge Injunction**

**Debtor Name:** Lakeva Celanda Keel-Ferreira

**Bankruptcy Case Number:** 26-30758 (Western District of North Carolina)

**Filing Date:** [Insert Date Your Bankruptcy Was Filed]

Dear Management and Legal Counsel,

Please be advised that I have formally filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the Western District of North Carolina.

Pursuant to **11 U.S.C. § 362(a)**, the filing of this bankruptcy petition immediately imposes a nationwide **Automatic Stay**. This stay acts as an absolute injunction against all creditors, preventing **any** collection activities, foreclosure actions, lien enforcement, or sales of a debtor's property.

Accordingly, you are hereby placed on formal legal notice of the following:

1. **Prohibition on Selling Items:** Under **11 U.S.C. § 362(a)(3) and (a)(4)**, you are strictly prohibited from taking any action to obtain possession of, exercise control over, or enforce a warehouseman's or statutory lien against the property inside my storage unit. Any attempt to auction, sell, or dispose of my personal property while the automatic stay is in effect is a willful violation of federal law. Under **11 U.S.C. § 362(k)**, willful violations of the stay subject creditors to mandatory statutory damages, including attorney's fees and punitive damages.
2. **Prohibition on Collecting Pre-Petition Debt:** Any storage fees, late fees, or administrative balances that accrued *before* my bankruptcy filing date constitute pre-petition debt. Upon the successful conclusion of my case, this debt will be permanently wiped out by the Bankruptcy Court. Under **11 U.S.C. § 524(a)**, the bankruptcy discharge operates as a permanent injunction against any attempt to collect, recover, or offset a discharged debt as a personal liability. Demanding payment for pre-petition balances or withholding access to my property to force payment of pre-petition debt post-discharge constitutes a direct violation of the **Automatic Discharge Injunction.**

Please update your accounts, records, and billing systems to reflect the active stay on this account. All future communications regarding pre-petition balances or the status of this storage unit must cease or be directed exclusively through the bankruptcy court administrative channels.

Thank you for your prompt compliance with federal bankruptcy law.

Sincerely,

**Lakeva Celanda Keel-Ferreira**

P.O. Box 480672

Charlotte, NC 28269