FILED & JUDGMENT ENTERED
Christine F. Ramsey

August  6  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

LAKEVA CELANDA KEEL-FERREIRA,

DEBTOR.

CHAPTER 7

CASE NO. 26-30758

**CONSENT ORDER REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER comes before the Court on the Motion for Relief from the Automatic Stay (the "Motion") filed by AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"). Based upon the consent, stipulation, and agreement of GM Financial and the Debtor, the Court makes the following findings of fact and conclusions of law:

1.      This matter is a core proceeding pursuant to 28 U.S.C. §157, and the court has jurisdiction pursuant to 28 U.S.C. §§151, 157, and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered by the United States District Court for the Western District of North Carolina.

2.      The Debtor filed a voluntary petition under Chapter 7 of title 11 on June 3, 2026 (the "Petition Date").

3.      On or about January 16, 2026, the Debtor entered into a Retail Installment Sale Contract (the "Contract") to finance the purchase of a 2021 Jeep Grand Cherokee, VIN: 1C4RJFCG2MC599973 (the "Vehicle").

4.      GM Financial is the holder of the Contract and has a perfected security interest in the Vehicle, as noted on the face of the Certificate of Title for the Vehicle.

5.      GM Financial filed the Motion seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d).

6.      The Debtor filed a response to the Motion indicating her desire to retain the Vehicle and her potential intention to exercise her right of redemption under 11 U.S.C. § 722.

7.      The parties appeared at the hearing on the Motion and agreed to resolve this matter on the following conditional terms.

8.      NOW, THEREFORE, based upon the foregoing and the agreement of the parties, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

a)      The Debtor shall have twenty-one (21) days from the date of entry of this Order to file a motion to redeem the Vehicle pursuant to 11 U.S.C. § 722 (the "Motion to Redeem").

b)      If the Debtor fails to file the Motion to Redeem within the twenty-one (21) day period set forth above, the automatic stay imposed by 11 U.S.C. § 362(a) shall be terminated and dissolved without further notice or hearing, and GM Financial shall be authorized to exercise all of its rights and remedies under the Contract and applicable state law, including but not limited to repossession and disposition of the Vehicle.

c)      If the Debtor timely files the Motion to Redeem within the twenty-one (21) day period, GM Financial shall re-notice the hearing on the Motion for Relief from the Automatic

Stay to be continued and consolidated with the hearing on the Motion to Redeem, to be heard on the same date and at the same time as the hearing on the Motion to Redeem.

d)      Pending the resolution of the Motion to Redeem, if timely filed, the automatic stay shall remain in effect, and the Debtor shall maintain insurance on the Vehicle and shall not transfer, sell, encumber, or otherwise dispose of the Vehicle.

e)      This Court retains jurisdiction over this matter, the parties hereto, and the subject matter hereof for the entry of such other and further orders as are necessary or appropriate.

WE CONSENT:

WOMBLE BOND DICKINSON (US) LLP

By:     /s/ Eudora F. S. Arthur
        EUDORA F. S. ARTHUR
        N.C. State Bar No. 59854
        555 Fayetteville Street, Suite 1100
        Raleigh, NC 27601
        Telephone: (919) 755-2178
        Email: Dorie.Arthur@wbd-us.com
        *Attorneys for AmeriCredit Financial Services, Inc. dba GM Financial*

By:     Lakeva CeLanda Keel-Ferreira
        Lakeva CeLanda Keel-Ferreira
        P.O. Box 480672
        Charlotte, NC 28269
        *Debtor, Pro Se*

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**              **United States Bankruptcy Court**