FILED
U.S. Bankruptcy Court
Western District of NC
SEP - 8 2026
Christine F. Ramsey, Clerk
Charlotte Division

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH. CAROLINA

In re: Lakeva CeLanda Keel-Ferreira Debtor
.Case No. 26-30758
Chapter 7

DEBTOR'S MOTION FOR EXTENSION OF TIME TO SURRENDER VEHICLE NOW COMES the Debtor, pro se, and respectfully requests this Court grant a brief extension of time to surrender the vehicle subject to the Motion for Relief from the Automatic Stay filed by AmeriCredit Financial Services, Inc. dba GM Financial (Doc No. 33). In support of this Motion, the Debtor states as follows:The Debtor filed a voluntary petition under Chapter 7 on June 3, 2026.AmeriCredit Financial Services, Inc. dba GM Financial filed a Motion for Relief from the Automatic Stay regarding a 2021 Jeep Grand Cherokee VIN 1C4RJFCG2MC599973. The Debtor does not intend to contest the relief or the underlying debt and intends to fully surrender the vehicle.

However, the Debtor requires a brief extension of days from the date of the order to surrender the vehicle. This time is necessary to secure alternative transportation for work, doctors appointments and family obligations and to safely remove personal belongings.This request is made in good faith and not for the purpose of undue delay. No prejudice will result to the Creditor as the vehicle remains fully insured.WHEREFORE, the Debtor respectfully requests that this Court grant an extension of time until

September 30th, 2026 surrender the vehicle to the Creditor.

.Dated: September 8, 2026
Lakeva CeLanda Keel-Ferreira