**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26−30758
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Lakeva CeLanda Keel−Ferreira
aka Lakeva CeLanda Keel, aka Lakeva CeLanda Ferreira
P.O. Box 480672
Charlotte, NC 28269
Social Security No.: xxx−xx−5361

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion to Extend Time to Surrender Vehicle filed in the above referenced case on 09/08/2026 as document(s) # 39 is defective for the reason(s) marked below:

Notice of Hearing & Certificate of Service required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: September 9, 2026

Christine F Ramsey
Clerk of Court

Electronically filed and signed (9/9/26)